**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manish Bakshi, | ) No. CV-08-01055-PHX-LOA |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Motorola, Inc., | ) |
| Defendant. | ) |

The Plaintiff has now timely filed his written consent to magistrate judge jurisdiction.

**IT IS ORDERED** that the Court's Order to Show Cause issued July 1, 2008, docket #8, is hereby **DISCHARGED**.

DATED this 22nd day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge